# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIPSON, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-0275-LJO-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**ECF No. 8** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. (ECF No. 1, 9.)

　　　　On June 20, 2014, Plaintiff's complaint was dismissed for failure to state a claim, but he was given leave to file a first amended complaint within thirty days. (ECF No. 7.) The thirty day deadline passed without Plaintiff either filing an amended pleading or seeking an extension of time to do so. On August 5, 2014, the Court ordered Plaintiff to show cause why his action should not be dismissed for failure to comply with a court order. (ECF No. 8.)  Plaintiff filed his first amended complaint on August 15, 2014. (ECF No. 9.)

///

///

1

1  Plaintiff having complied, the order to show cause (ECF No. 8), filed August 5,
2  2014, is hereby DISCHARGED.

IT IS SO ORDERED.

Dated:   September 29, 2014          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE